150 A.3d 15

Edward J. SMITH, Appellant

v.

DEPARTMENT OF CORRECTIONS, et al., Appellees

No. 9 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: October 18, 2016

## ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2016, the Order of the Commonwealth Court is AFFIRMED.